UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VLADIMIR CHEBOTNIKOV, on behalf of himself and others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Civ. A. No. 1:14-cv-13475** |
| LIMOLINK, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE**

NOW COMES, Edward L. Manchur and Knudsen, Burbridge & Manchur, P.C., and enter their Appearances as counsel on behalf of the Plaintiff, in the above-entitled matter.

Respectfully submitted,

VLADIMIR CHEBOTNIKOV, on behalf of himself and all individuals similarly situated,

By his attorneys,

/s/ Edward L. Manchur
_____
Edward L. Manchur, BBO #316910
James R. Knudsen, BBO #567358
Knudsen, Burbridge & Manchur, P.C.
401 Edgewater Place, Suite 140
Wakefield, MA 01880
781-246-3030
781-246-3050 (fax)
Email:  elm@kbmlawfirm.com
          jrk@kbmlawfirm.com

Dated:  September 3, 2014

## CERTIFICATE OF SERVICE

      I, Edward L. Manchur, this 3rd day of September, 2014, caused a copy of the Notice of Appearance to be served electronically by the ECF system to the registered participants on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

      /s/ Edward L. Manchur
      _____
      Edward L. Manchur