# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**VLADIMIR CHEBOTNIKOV**
*Plaintiff*

v.

**LIMOLINK, INC.**
*Defendant*

Civil Action No.: **1:14-CV-13475-FDS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LimoLink, Inc.
c/o William P. Prowell, Registered Agent
115 3rd Street SE, P.O. Box 2107
Cedar Rapids, IA 52406-2107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Hillary Schwab, Esq.
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ -- Chris Danieli
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2014-08-27 09:25:34.0, Clerk USDC DMA

Civil Action No.: **1:14–CV–13475–FDS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) **William P. Prowell**, who is designated by law to accept service of process on behalf of (name of organization) **Limo Link, Inc 115-3rd St SE Cedar Rapids, IA** on (date) **9-3-14** ; or **3:15 PM**

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ **35**ᵉ for services, for a total of $ **35**ᵉ.

I declare under penalty of perjury that this information is true.

**9/9/14**
Date

*Server's Signature*

[signature: Lori Krejci]
LORI K. KREJCI
Commission Number 166247
My Commission Expires
4/13/17

Barry Brandt
Investigative Services
223 Stoney Point Road SW
Cedar Rapids, Ia. 52404

*Server's Address*

Additional information regarding attempted service, etc: