UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VLADIMIR CHEBOTNIKOV, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIMOLINK, INC.,<br><br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| LIMOLINK, INC.,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>VLADIMIR CHEBOTNIKOV,<br><br>　　　　　Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  1:14-cv-13475

　　　　Please enter my appearance for the Defendant/Counterclaim Plaintiff, LimoLink, Inc. , in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Judith A. Leggett*
　　　　　　　　　　　　　　　　　　　　　　　　Judith A. Leggett, BBO #635346
　　　　　　　　　　　　　　　　　　　　　　　　Englander, Leggett & Chicoine, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　44 School Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　　T: 617-723-7440
　　　　　　　　　　　　　　　　　　　　　　　jaleggett@elcpc.com

Dated:  September 24, 2014

CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

Hillary Schwab, BBO #666029
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
(617) 488-2261 (fax)
hillary@fairworklaw.com

Edward L. Manchur, BBO #316910
KNUDSEN, BURBRIDGE & MANCHUR, P.C.
401 Edgewater Place, Suite 140
Wakefield, MA 01880
781-246-3030
781-246-3050 (fax)
elm@kbmlawfirm.com

*/s/ Judith A. Leggett*
Judith A. Leggett, BBO #635346
Englander, Leggett & Chicoine, P.C.
44 School Street, Suite 800
Boston, MA 02108
T: 617-723-7440
jaleggett@elcpc.com