# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| VLADIMIR CHEBOTNIKOV, on behalf of himself and others similarly situated, | ) ) ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No.  1:14-cv-13475 |
|  | ) |  |
| LIMOLINK, INC., | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |
| LIMOLINK, INC., | ) |  |
|  | ) |  |
| Counterclaim Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| VLADIMIR CHEBOTNIKOV, | ) |  |
|  | ) |  |
| Counterclaim Defendant. | ) |  |

## LIMOLINK, INC.'S MOTION TO DISMISS

Defendant LimoLink, Inc. ("LimoLink"), by counsel and pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure and 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, respectfully requests that the Court dismiss Counts II, VI, VII, and VIII of the Class Action Complaint and Jury Demand ("Complaint") filed by Plaintiff Vladimir Chebotnikov. In support of this Motion and as set forth more fully in the Memorandum in Support filed concurrently herewith, LimoLink states that Plaintiff has failed to (1) allege sufficient facts to support overtime claims under state and federal law, and (2) state a

legally-cognizable claim for "tips misappropriation" or "expenses/deductions" under the Fair Labor Standards Act.

WHEREFORE, LimoLink respectfully request that this Court grant this Motion to Dismiss Counts II, VI, VII, and VIII of the Complaint.

## <u>CERTIFICATE</u>

Pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for LimoLink certifies that they have conferred with counsel for Plaintiff and have attempted in good faith to narrow or resolve the issues addressed by this Motion.

Dated this 24th day of September, 2014.

Respectfully submitted,

LIMOLINK, INC.

By its attorneys,

*/s/ Judith A. Leggett*
Judith A. Leggett, BBO #635346
Englander, Leggett & Chicoine, P.C.
44 School Street, Suite 800
Boston, MA 02108
T: 617-723-7440
jaleggett@elcpc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

Hillary Schwab, BBO #666029
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
(617) 488-2261 (fax)
hillary@fairworklaw.com

Edward L. Manchur, BBO #316910
KNUDSEN, BURBRIDGE & MANCHUR,
P.C.
401 Edgewater Place, Suite 140
Wakefield, MA 01880
781-246-3030
781-246-3050 (fax)
elm@kbmlawfirm.com

*/s/ Judith A. Leggett*
Judith A. Leggett, BBO #635346
Englander, Leggett & Chicoine, P.C.
44 School Street, Suite 800
Boston, MA 02108
T: 617-723-7440
jaleggett@elcpc.com

4850-0777-6542, v. 1