# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VLADIMIR CHEBOTNIKOV, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LIMOLINK, INC., <br><br> Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  1:14-cv-13475 |
| LIMOLINK, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> VLADIMIR CHEBOTNIKOV, <br><br> Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1 CERTIFICATION

I, Judith A. Leggett, counsel for defendant, LimoLink, Inc., certifies that I have conferred with plaintiff's counsel in accordance with Rule 7.1 of the Local Rules of the  United States District Court for the District of Massachusetts, regarding LimoLink, Inc.'s Motion to Dismiss, and have attempted in good faith to narrow or resolve the issues addressed in the Motion to Dismiss.

Signed under the penalties of perjury this 24th day of September 2014

/s/ Judith A. Leggett
Judith A. Leggett, BBO #635346
Englander, Leggett & Chicoine, P.C.
44 School Street, Suite 800
Boston, MA 02108
T: 617-723-7440
jaleggett@elcpc.com