UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VLADIMIR CHEBOTNIKOV, on behalf of himself and others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>LIMOLINK, INC.,<br>                    Defendant<br><br>LIMOLINK, INC.,<br>                    Counterclaim Plaintiff,<br>     v.<br><br>VLADIMIR CHEBOTNIKOV,<br>                    Counterclaim Defendant. | Case No. 1:14-cv-13475 |

## CORPORATE DISCLOSURE STATEMENT

Defendant and Counterclaim Plaintiff LimoLink, Inc. ("LimoLink"), by counsel and pursuant to Rules 7.1 of the Federal Rules of Civil Procedure and 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby states: LimoLink does not have a parent corporation and no publicly held companies own 10% or more of its stock.

                                                                              Respectfully submitted,

                                                                              LIMOLINK, INC.

                                                                              By its attorneys,

                                                                              */s/ Judith A. Leggett*
                                                                              Judith A. Leggett, BBO #635346
                                                                              Englander, Leggett & Chicoine, P.C.
                                                                              44 School Street, Suite 800
                                                                              Boston, MA 02108
                                                                              T: 617-723-7440
                                                                              jaleggett@elcpc.com

Dated:  September 24, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

Hillary Schwab, BBO #666029
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 607-3260
(617) 488-2261 (fax)
hillary@fairworklaw.com

Edward L. Manchur, BBO #316910
KNUDSEN, BURBRIDGE & MANCHUR, P.C.
401 Edgewater Place, Suite 140
Wakefield, MA 01880
781-246-3030
781-246-3050 (fax)
elm@kbmlawfirm.com

*/s/ Judith A. Leggett*
Judith A. Leggett, BBO #635346
Englander, Leggett & Chicoine, P.C.
44 School Street, Suite 800
Boston, MA 02108
T: 617-723-7440
jaleggett@elcpc.com

4850-0777-6542, v. 1